| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | ROSANNE L. RUST<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LISA TERRACIANO,<br><br>Defendant. | CASE NO. 2:17-CR-187 GEB<br><br>STIPULATION TO CONTINUE DEFENDANT'S SENTENCING HEARING AND [PROPOSED] ORDER THEREOF<br><br>DATE: May 10, 2019<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |
|---|---|

Pursuant to an agreement between the parties, and the probation officer, Defendant LISA TERRACIANO, respectfully requests the Court to continue sentencing from May 10, 2019, to September 27, 2019, at 9:00 a.m. and to adopt the following schedule for Disclosure and Sentencing in the above-referenced matter:

| Judgment and Sentencing date: | September 27, 2019 at 9:00 a.m. |
|---|---|
| Reply or Statement of No Opposition and any Sentencing Memos: | September 23, 2019 |
| Motion for Correction Filed: | September 20, 2019 |
| A Pre-Sentence Report with responses to Informal objections shall be filed with the court and disclosed to counsel no later than: | September 13, 2019 |
| Counsel's written objections to the Pre-Sentence report shall be delivered to the Probation Officer and opposing counsel no later than: | September 6, 2019 |
| The Pre-Sentence Report is due no later than: | August 23, 2019 |

Dated: May 6, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ ROSANNE L. RUST
ROSANNE L. RUST
Assistant United States Attorney

Dated: May 6, 2019

By: /s/ CHRIS COSCA
CHRIS COSCA
Counsel for defendant
Lisa Terraciano

**ORDER**

IT IS SO ORDERED.

Dated: May 6, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION TO CONTINUE DEFENDANT'S SENTENCING HEARING & PROPOSED ORDER

2