| | |
|---|---|
| 1 | MCGREGOR W. SCOTT |
|   | United States Attorney |
| 2 | ROSANNE L. RUST |
|   | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
|   | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
|   | Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-187 GEB |
|---|---|
| Plaintiff, | MOTION TO CONTINUE DEFENDANT'S SENTENCING HEARING |
| v. | |
| LISA TERRACIANO, | DATE: September 27, 2019 |
|   | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Garland E. Burrell, Jr. |

Pursuant to an agreement between the parties, and the probation officer, Defendant LISA TERRACIANO, respectfully requests the Court to continue sentencing from September 27, 2019, at 9:00 a.m. to November 15, 2019, at 9:00 a.m. and to adopt the following schedule for Disclosure and Sentencing in the above-referenced matter:

| | |
|---|---|
| Judgment and Sentencing date: | November 15, 2019 at 9:00 a.m. |
| Reply or Statement of No Opposition and any Sentencing Memos: | November 11, 2019 |
| Motion for Correction Filed: | November 1, 2019 |
| A Pre-Sentence Report with responses to Informal objections shall be filed with the court and disclosed to counsel no later than: | October 25, 2019 |

MOTION TO CONTINUE DEFENDANT'S SENTENCING HEARING

1

| Counsel's written objections to the Pre-Sentence report shall be delivered to the Probation Officer and opposing counsel no later than: | October 18, 2019 |
|---|---|
| The Pre-Sentence Report is due no later than: | n/a |

Dated: September 6, 2019

                                    McGREGOR W. SCOTT
                                    United States Attorney

                            By: /s/ ROSANNE L. RUST
                                    ROSANNE L. RUST
                                    Assistant United States Attorney

Dated: September 6, 2019

                            By: /s/ CHRIS COSCA
                                    CHRIS COSCA
                                    Counsel for defendant
                                    Lisa Terraciano

**ORDER**

IT IS SO ORDERED.

Dated: September 11, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge