HEATHER E. WILLIAMS, State Bar No. 122664
Federal Defender
HARRY SIMON, State Bar No. 133112
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-6666; FAX (916) 498-6656

Attorneys for Defendant
LISA TERRACIANO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:17-cr-00187-KJM-2 |
| Plaintiff, | ) STIPULATION AND ORDER FOR BRIEFING ) SCHEDULE ON MOTION FOR |
| v. | ) COMPASSIONATE RELEASE |
| LISA TERRACIANO, | ) |
| Defendant. | ) |

On July 16, 2020, the Court issued an order (Doc. 87) directing the Office of the Federal Defender for the Eastern District of California to identify an Assistant Federal Defender to represent defendant LISA TERRACIANO on the claims raised in her Motion for Compassionate Release (Doc. 86). Counsel having met and conferred regarding a schedule for further briefing on that motion, stipulate as follows:

Defendant's Supplemental Brief in Support of the Motion for Compassionate Release shall be due on August 17, 2020. The Government's Response to the Motion for Compassionate

Release shall be due on August 31, 2020. Defendant's Reply Brief in Support of the Motion for Compassionate Release shall be due on September 7, 2020.

                                      Respectfully submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

Dated: July 17, 2020                    */s/ Harry Simon*
                                      HARRY SIMON
                                      Assistant Federal Defender

                                      Attorneys for Defendant
                                      LISA TERRACIANO

                                      McGREGOR W. SCOTT
                                      United States Attorney

Dated: July 17, 2020                    */s/ Rosanne L. Rust*
                                      ROSANNE L. RUST
                                      Assistant United States Attorney

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA

IT IS SO ORDERED

Dated:  July 17, 2020.

                                      CHIEF UNITED STATES DISTRICT JUDGE