HEATHER E. WILLIAMS, State Bar No. 122664
Federal Defender
HARRY SIMON, State Bar No. 133112
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-6666; FAX (916) 498-6656

Attorneys for Defendant
LISA TERRACIANO

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:17-cr-00187-KJM-2 |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON MOTION FOR COMPASSIONATE RELEASE |
| v. | ) | |
| LISA TERRACIANO, | ) ) | |
| Defendant. | ) ) ) ) ) | |

On July 16, 2020, the Court issued an order (Doc. 87) directing the Office of the Federal Defender for the Eastern District of California to identify an Assistant Federal Defender to represent defendant LISA TERRACIANO on the claims raised in her Motion for Compassionate Release (Doc. 86). On July 20, 2020, the parties entered into a stipulation for a briefing schedule on that motion. Doc. 89. Petitioner's counsel is still in the process of obtaining records that will be necessary for the supplemental brief in support of defendant's motion. Accordingly, the parties further stipulate as follows:

The time for defendant to file her Supplemental Brief in Support of the Motion for Compassionate Release shall be extended from August 17, 2020 to September 7, 2020. The time for the Government to file its Response to the Motion for Compassionate Release shall be extended from August 31, 2020 to September 21, 2020. The time for defendant to file her Reply

1  Brief in Support of the Motion for Compassionate Release from September 7, 2020 to September
2  28, 2020.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: August 12, 2020      */s/ Harry Simon*
HARRY SIMON
Assistant Federal Defender

Attorneys for Defendant
LISA TERRACIANO

McGREGOR W. SCOTT
United States Attorney

Dated: August 12, 2020      */s/ Rosanne L. Rust*
ROSANNE L. RUST
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

  IT IS SO ORDERED.

Dated: August 12, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE